Application granted. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THOMAS F. BRENNAN and Others v. LOUIS C. WHITE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ISIDOR BERTHET and Others v. CHARLES S. SPIEGELBERT and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS, as Comptroller.— Motion granted; questions certified. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS, as Comptroller.— Motion granted; questions certified. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of FREDERICO VIDEGARAY, Deceased.— Motion granted, upon conditions stated in order. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of FRANK LESLIE, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ARCHIBALD PALMER, as Trustee, etc., v. PAUL SCHEFTEL.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the CITY OF NEW YORK (EAST 238TH STREET).— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

HOPE D. A. QUAID and Others v. BERNARD RATKOWSKY.— Motion granted; question certified. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of LAURA NORTH RICHARDS, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of FANNIE L. STROUSE, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

IRVING J. WOLF v. ÆTNA ACCIDENT AND LIABILITY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FRANK H. HUBBARD v. SYENITE TRAP ROCK COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FREDERICK A. REED and Others v. INTER-CITY POWER COMPANY and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

WILLIAM F. HAMILTON v. LEON H. ROUSE, as President, and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

CLARKE CONTRACTING COMPANY v. THE CITY OF NEW YORK.— Motion granted. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.